UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA FROST, | ) |
| | ) |
| Plaintiff, | ) Case No. C10-1559-RSL-BAT |
| | ) |
| v. | ) **REPORT AND** |
| | ) **RECOMMENDATION** |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

Donna Frost brought an action seeking review of the denial of her application for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 15.

The parties stipulate that the Administrative Law Judge ("ALJ") will further evaluate Ms. Frost's mental impairment(s) pursuant to 20 C.F.R. § 404.1520a; the ALJ will further consider whether Ms. Frost's impairments meet or equal a listed impairment; the ALJ will further consider Ms. Frost's subjective complaints; the ALJ will further consider Ms. Nunez's lay witness testimony (Tr. 51-55); the ALJ will obtain medical expert evidence regarding the severity and effects of Ms. Frost's impairments; and, if warranted, the ALJ will obtain the supplemental vocational expert evidence.

REPORT AND RECOMMENDATION – 1

1   The parties stipulate that this case be reversed and remanded pursuant to sentence four of
2 42 U.S.C. § 405(g).
3   Having reviewed the pleadings and the administrative record, the Court recommends the
4 case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.
5 As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it
6 be approved immediately.  A proposed order accompanies this Report and Recommendation.
7   DATED this 3rd day of March, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2