1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONNA FROST,                                              )
                                                         )
                              Plaintiff,                  )     Case No. C10-1559-RSL
                                                         )
              v.                                          )     **ORDER REVERSING AND**
                                                         )     **REMANDING CASE FOR**
MICHAEL ASTRUE, Commissioner of the                      )     **FURTHER ADMINISTRATIVE**
Social Security Administration,                          )     **PROCEEDINGS**
                                                         )
                              Defendant.                  )
_____)

13    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the

14    Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

15    Judge, and the balance of the record, does hereby find and **ORDER**:

16    (1)    The Court adopts the Report and Recommendation.

17    (2)    The final decision of the Commissioner is **REVERSED** and the case is

18           **REMANDED** to the Social Security Administration for further administrative

19           proceedings consistent with the Report and Recommendation.

20    (3)    The Clerk is directed to send copies of this Order to the parties and to

21

22

23

ORDER - 1

1    Judge Tsuchida.

2    DATED this 4th day of March, 2011.

3

4                           *MrS Lasnik*
                            Robert S. Lasnik
5                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2